UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. |
| | ) |
| CHRISTOPHER JOHN ANDRUKAITIS | ) |
| and HOLLY HOLLON | ) |
| | ) |
| **Defendants.** | ) |

## INFORMATION

The United States Attorney charges:

At all times relevant to this Information:

## INTRODUCTION

1. Defendant CHRISTOPHER JOHN ANDRUKAITIS ("ANDRUKAITIS") is an individual resident of Shelby County, Alabama within the Northern District of Alabama.

2. Defendant HOLLY HOLLON ("HOLLON") is the spouse of ANDRUKAITIS and they live together in a residence located in Shelby County, Alabama, within the Northern District of Alabama.

3. Co-conspirator #1 is the mother of ANDRUKAITIS. Co-conspirator #1 lives within the Northern District of Alabama.

4. At all times relevant to this Information, HOLLON and ANDRUKAITIS operated an online eBay business named "Sweet Tea Sunshine Shop". The online business was operated out of their joint residence in Shelby County, Alabama, within the Northern District of Alabama.

5. At all times relevant to this Information, the Sweet Tea Sunshine Shop had an eBay account where the business advertised products for sale including, but not limited to, baby formula. The eBay account was registered on or about April 9, 2018, with the user ID identified as "hoho10". The ID "hoho10" is also used as part of an email address that is associated with HOLLON.

6. eBay is a virtual retail sales site that allows sellers anywhere in the world to post new or used goods for sale at a set price, or to conduct online auctions for goods. Goods sold via eBay are generally delivered, transported, and transferred by mail and other means of interstate commerce.

7. The Sweet Tea Sunshine Shop received orders online for baby formula and they filled the orders by shipping baby formula through the U.S. Postal Service or Federal Express to customers located outside of the state of Alabama.

8. The Sweet Tea Sunshine Shop eBay account receives money from eBay sales at Sweet Tea Sunshine Shop into PayPal account ending -1877 which is registered in the name of HOLLON and the PayPal account is also associated with the same "hoho10" email address associated with HOLLON.

9. Between September 2018 and October 2020, nearly all of the proceeds received into PayPal account -1877 were proceeds from the fraudulent sales and transportation of stolen baby formula.

## COUNT ONE
## Conspiracy to Commit Interstate Transportation of Stolen Goods
## 18 U.S.C. § 371

10. The United States Attorney restates and re-alleges the allegations contained in paragraphs 1 through 9 of the Introduction above, and incorporates them into Count One, as though fully set out herein.

11. From in or around September 2018 through in or around October 2020, in Shelby County, within the Northern District of Alabama and elsewhere, the defendants,

**CHRISTOPHER JOHN ANDRUKAITIS** and
**HOLLY HOLLON,**

and others known and unknown to the United States Attorney, did knowingly and willfully combine, conspire, and agree to transport stolen goods, that is to unlawfully transport and transfer in interstate commerce from the State of Alabama to other states, stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted and taken by fraud, in violation of Title 18, United States Code, Section 2314.

## PURPOSE OF THE SCHEME AND ARTIFICE

12.     It was the purpose of the scheme and artifice for the Defendants and their Co-conspirators to unlawfully enrich themselves by: (1) stealing baby formula from retail stores throughout the Northern District of Alabama; (2) listing the stolen baby formula for sale on the Sweet Tea Sunshine Shop eBay store; (3) selling the baby formula online to customers; (4) receiving payments for said sales; and (5) mailing the baby formula to customers throughout the United States.

## MANNER AND MEANS

13.     The manner and means by which the defendants sought to accomplish the purpose of the scheme and artifice included the following:

14.     The Defendant and HOLLON managed the Sweet Tea Sunshine Shop online eBay business.

15.     The Defendant drove Co-conspirator #1 around the Northern District of Alabama to various retail store locations that sold baby formula.

16.     Co-conspirator #1 went into various retail store locations and stole baby formula by placing baby formula in a large purse or bag and exiting the store without paying for the baby formula.

17.     The Defendant picked up Co-conspirator #1 after she exited the retail store locations with the stolen baby formula.

18. The Defendant and HOLLON sold the stolen baby formula on the Sweet Tea Sunshine Shop eBay store.

19. The Defendant and HOLLON packaged and shipped the stolen baby formula to customers all over the United States.

## OVERT ACTS

20. In furtherance of the conspiracy and to achieve the objects thereof, Defendants ANDRUKAITIS and HOLLON caused to be committed the following overt acts, among others, in the Northern District of Alabama and elsewhere.

21. On or about February 18, 2019, HOLLON sent a text message to ANDRUKAITIS stating "Let your mom run in Target alone." ANDRUKAITIS replied "Think I will". HOLLON replied to ANDRUKATIS with a text message stating "Let her walk in w Whole Foods bags and fill up, and walk around and push out".

22. On or about May 6, 2019, the Defendant ANDRUKAITIS sent a text message to HOLLON stating "I've made a beast dent in this list". HOLLON replied to ANDRUKAITIS with a text message that stated "Wowow". ANDRUKAITIS replied "The whole car is filled with formula".

23. On or about April 8, 2020, the Defendant ANDRUKAITIS picked up Co-conspirator #1 at her apartment in Hoover, Alabama, in a black Acura MDX driven by ANDRUKAITIS and took Co-conspirator #1 to a Publix supermarket

located in Hoover, Alabama. Co-conspirator #1 entered the Publix and stole multiple cans of baby formula and exited without paying. Co-conspirator #1 was picked up by the same black Acura MDX.

24. On or about April 28, 2020, the Defendant ANDRUKAITIS drove Co-conspirator #1 to a Publix supermarket located in Hoover, Alabama. Co-conspirator #1 concealed baby formula in a large purse and exited the store. Upon exiting the store, Co-conspirator #1 was detained by Hoover Police regarding a report of shoplifting.

25. On or about April 28, 2020, Defendant ANDRUKAITIS sent a text message to HOLLON saying "Help we got caught."

26. On or about July 21, 2020, the Defendant ANDRUKAITIS drove Co-conspirator #1 in a black MDX vehicle to Walmart stores located in Gardendale, Hartselle, and Madison, Alabama, within the Northern District of Alabama. Co-conspirator #1 entered the Walmart stores and stole multiple cans of baby formula by placing the baby formula in a large bag. Co-conspirator #1 exited the Walmart stores without paying for the baby formula.

27. On or about July 31, 2020, Co-conspirator #1 shoplifted baby formula from a Walmart store located in Leeds, Alabama.

28. On or about August 2, 2020, Co-conspirator #1 shoplifted baby formula from a Walmart store located in Leeds, Alabama.

29. On or about August 6, 2020, a package of Similac Pro Advance baby formula was shipped from Sweet Tea Sunshine Shop in Alabama to an address in Champlin, Minnesota.

30. On or about August 19, 2020, Co-conspirator #1 shoplifted baby formula from a Walmart store located in Trussville, Alabama.

31. On or about August 24, 2020, a package of Enfamil Infant baby formula was shipped from Sweet Tea Sunshine Shop in Alabama to an address in Bartlett, Illinois.

32. On or about September 21, 2020, the Defendant ANDRUKAITIS drove Co-conspirator #1 in a gray Honda Accord vehicle to Walmart stores located in Cullman, Gardendale, Hartselle, Huntsville, Decatur, and Madison, Alabama, within the Northern District of Alabama.  Co-conspirator #1 entered the Walmart stores and stole multiple cans of baby formula by placing the baby formula in a large bag.  Co-conspirator #1 exited the Walmart stores without paying for the baby formula.

33. On or about September 28, 2020, the Defendant ANDRUKAITIS drove Co-conspirator #1 in a gray Honda Accord vehicle to a Walmart store located in Madison, Alabama, within the Northern District of Alabama.  Co-conspirator #1 entered the Walmart store in Madison, Alabama, and stole multiple cans of baby formula by placing the baby formula in a large bag.  Co-conspirator #1 exited the Madison, Alabama Walmart without paying for the baby formula.

34.     On or about October 5, 2020, the Defendant ANDRUKAITIS drove Co-conspirator #1 in a gray Honda Accord vehicle to Walmart stores located in Madison and Decatur, Alabama, within the Northern District of Alabama.  Co-conspirator #1 entered the Walmart stores in Madison, and Decatur, Alabama, and stole multiple cans of baby formula by placing the baby formula in a large bag.  Co-conspirator #1 exited the Walmart stores without paying for the baby formula.

35.     The Sweet Tea Sunshine Shop eBay account received money from eBay sales at Sweet Tea Sunshine Shop into PayPal account ending -1877 which is registered in the name of HOLLON.

36.     Between April 2020 and October 2020, Defendant ANDRUKAITIS and HOLLON operated Sweet Tea Sunshine Shop eBay store and the eBay store was open and actively engaged in the business of selling baby formula.

All in violation of Title 18, United States Code, Section 371.

## NOTICE OF FORFEITURE
[18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c)]

1.      The allegations contained in Count ONE of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense charged in Count ONE of this Information, the defendants,

**CHRISTOPHER JOHN ANDRUKAITIS** and
**HOLLY HOLLON,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following: a forfeiture money judgment in the amount of at least $152,000 per defendant.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

                                        PRIM F. ESCALONA
                                        United States Attorney

                                        */s/Electronic Signature*
                                        _____
                                        ROBIN B. MARK
                                        Assistant United States Attorney